IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| SUSSIE J. DALTON, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:09-cv-00563-CB-C |
| CARDWORKS SERVICING, LLC, | * | |
| Defendant. | * | |

UNOPPOSED MOTION FOR EXTENSION OF FOURTEEN DAYS
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant CardWorks Servicing, LLC, incorrectly named in the Complaint as "CardWorks Servicing," moves the Court for an additional fourteen (14) days within which to answer or otherwise respond to the Complaint filed by Plaintiff and as grounds sets forth the following:

1. This motion and the relief sought in it is unopposed.

2. The Complaint states that the case involves a violation of the Fair Debt Collection Practices Act ("FDCPA") and requests that the Court certify the action as a class action.

3. The additional time requested is needed in order to adequately respond to the Complaint.

    s/James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant CardWorks
Servicing, LLC

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
(251) 432-5521
Email: jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Earl P. Underwood, Jr.
    James D. Patterson
    21 South Section Street
    Fairhope, Alabama 36533

    Kenneth J. Riemer
    Post Office Box 1206
    Mobile, Alabama 36633

this 24th day of September, 2009.

                                          s/James B. Newman
                                          OF COUNSEL

Doc 218152