IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| SUSSIE J. DALTON, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:09-cv-00563-CB-C |
| CARDWORKS SERVICING, LLC, | * | |
| Defendant. | * | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4 AND FRCP 7.1

CardWorks Servicing, LLC has no parents, subsidiaries or affiliates which have issued shares or debt securities to the public.

    s/James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant CardWorks
Servicing, LLC

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Email:  jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Earl P. Underwood, Jr.
> James D. Patterson
> 21 South Section Street
> Fairhope, Alabama 36533
>
> Kenneth J. Riemer
> Post Office Box 1206
> Mobile, Alabama 36633

this 24th day of September, 2009.

                                                              s/James B. Newman
                                                              OF COUNSEL

Doc 218222