IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| SUSSIE J. DALTON, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:09-cv-00563-CB-C |
| CARDWORKS SERVICING, | * | |
| Defendant. | * | |

## NOTICE OF SERVICE

COME NOW, Defendant CardWorks Servicing, LLC, by and through the undersigned counsel, and hereby gives notice to the Court that the following documents have been served upon Plaintiff this 12th day of January, 2010:

1. Defendant's Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

    s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant CardWorks
Servicing, LLC

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
(251) 432-5521
Email:    jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Earl P. Underwood, Jr.
    James D. Patterson
    21 South Section Street
    Fairhope, Alabama 36533

    Kenneth J. Riemer
    Post Office Box 1206
    Mobile, Alabama 36633

this 12th day of January, 2010.

                                                  s/ James B. Newman
                                                  OF COUNSEL