## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI J DALTON, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| vs. | ) ) | **CIVIL ACTION NO.:** 09-00563-CB-C |
| CARDWORK SERVICING, LLC. | ) ) ) | |
| DEFENDANT. | ) | **CLASS ACTION** |

## PLAINTIFF'S INITIAL DISCLOSURES

**COMES NOW** Sussi J. Dalton, by and through the undersigned counsel, and files this, her Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the scheduling order entered by the Court on December 23, 2009. [Doc. 13]

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings identifying the subjects of the information:

    1.      **Sussi J. Dalton**
                **407 Bienville Blvd**
                **Dauphin Island, Alabama 36528**
                **251.**

                Plaintiff has knowledge of the allegations and claims set forth in the Complaint.

    2.      **A representative of Cardwork Servicing, LLC.**

This person will have information about the procedures followed by Cardwork Servicing, LLC to comply with the FDCPA.

(B)     A copy, or a description by category and location, of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**Any and all correspondence received from Cardwork Servicing LLC, including all collection letters. These documents will be provided under separate cover. Plaintiff reserves the right to supplement her responses to this disclosure.**

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the Federal Rules of Civil Procedure the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**The following categories have been used to calculate the amount of damages: embarrassment, mental anguish, loss of reputation, out-of-pocket expenses, attorneys' fees, statutory fees, and punitive damages. Exact damage amounts are undetermined at this time. Documents used in determining these categories will be produced. Future documents obtained may be used for further computation.**

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Not applicable to Plaintiff.**

Respectfully submitted on this, the 12th day of January, 2010.

s/ James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36532
Phone: 251.990.5558
Fax: 251.990.0626
E-mail: jpatterson@alalaw.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of January, 2010, I electronically filed the notice of service of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ James D. Patterson
James D. Patterson, Esq.
