IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals | ) ) ) | |
| Plaintiff, | ) ) | CASE No. 09-CV-563 |
| v. | ) ) | Unopposed |
| CARDWORKS SERVICING, LLC | ) ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR ADDITIONAL SEVEN DAYS TO FILE PLAINTIFF'S DECLARATION IN SUPPORT OF HER MOTION FOR PRELIMINARY APPROVAL

Comes now the Plaintiff by and through her undersigned attorney, and moves this Court to enter an order allowing seven additional days to file her declaration in support of Plaintiff's Motion for Preliminary Approval, and as grounds therefore shows the Court as follows:

1. Plaintiff's counsel prepared a declaration to be signed today and Mrs. Dalton was scheduled to execute her declaration in support of preliminary approval this afternoon.

2. Plaintiff telephoned her attorneys' office notifying them that she had become ill and had to go to the hospital for tests and would not be able to keep this afternoon's appointment.

3. Plaintiff stated that that she expected to be able to execute the declaration in the next few days.

4. Defendant does not oppose the additional seven days.

WHEREFORE, Plaintiff requests an Order of this Court for an additional seven days for her declaration to be filed making the declaration due not later than September 6th 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. UNDEE6591
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama  36533
251-990-5558
epunderwood@alalaw.com


Counsel for Representative Plaintiff and the Class



## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of August 2010, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Earl P. Underwood, Jr._____
Earl P. Underwood, Jr.