Case 1:09-...-C Document 21-1 Filed 09/06/10 Page 1 of 2

Exhibit A

Case 1:09-...-C Document 21-1 Filed 09/06/10 Page 1 of 2
Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI DALTON, Individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING, LLC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 09-563-CB-C |

**DECLARATION OF SUSSI DALTON IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

I, Sussi Dalton, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am the plaintiff in this lawsuit.

2. Defendant Cardworks Services, LLC, sent me a collection letter that I allege violated the Fair Debt Collection Practices Act ("FDCPA").

3. The letter that I received contained the following language: *"Unless you notify this office **in writing** within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid."* (Emphasis added.)

4. I understand that FDCPA does require that a consumer dispute a debt in writing and that a consumer may dispute a debt orally.

5. I understand that this lawsuit alleges violations on behalf of a nationwide class defined all persons in the United States who received, from CardWorks, the same form collection letter as I, on or after August 28, 2008 and who have affirmatively "opted-in" or chosen to participate in the Settlement Agreement.

6. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendant.

7. I am willing to be a representative of the class and I understand:

a) That as a class representative I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself.

b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

c) That the case cannot be dropped or settled without protecting the class members. This normally means that the other members of the class have to get a fair monetary settlement of their claims.

d) That the Court has to approve any settlement or disposition on behalf of the class.

8. I have arranged for my attorneys to advance all costs, including the cost of notification of the class, of this action while I remain responsible for my *pro rata* share of these costs.

9. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

10. I am not employed by or related to any of my attorneys. They will be paid as directed by the Court, if the case is successful, out of Defendant's assets or the funds recovered for the class.

*Sussi Dalton*
Sussi Dalton

2