IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI J. DALTON, | : | |
| Plaintiff(s), | : | |
| vs. | : | CIVIL ACTION 09-0563-CB-C |
| CARDWORKS SERVICES, LLC, | : | |
| Defendant(s). | : | |

ORDER

The status conference presently scheduled for October 5, 2010, before the undersigned (Doc. 22), is hereby RESCHEDULED for October 12, 2010, at 10:00 a.m., in Courtroom 3A.

DONE AND ORDERED this 22nd day of September, 2010.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE