### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SUSSI DALTON, Individually and on behalf of all similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO. 09-00563-CB-C |
| CARDWORKS SERVICING, LLC. ) ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TIME
TO FILE PROPOSED SETTLEMENT PURSUANT
TO COURT'S ORDER OF OCTOBER 14, 2010**

NOW COMES the Plaintiff, and moves the Court for an additional seven days to file the proposed settlement. The parties have conferred and have agreed to propose an "opt-out" settlement. There are several details to be worked out however, and the parties request an additional seven days to file the proposed settlement making it due on November 4th 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiff
Underwood & Riemer P.C.
21 South Section St.
Fairhope, Alabama 36532
Voice:  251.990.5558
Fax:  251.990.0626
epunderwood@alalaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this, the 28th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                     /s/ Earl P. Underwood, Jr.
                                     Earl P. Underwood, Jr.