## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-00563-CB-C |
| CARDWORKS SERVICING, LLC, | : | |
| Defendant. | : | |

## ORDER

On October 14, 2010, the undersigned issued an order (Doc. 24) setting forth his reasons for why the parties' proposed settlement class cannot be certified as an "opt-in" class under Federal Rule of Civil Procedure 23, and asked the parties to reconsider structuring their proposed settlement to include an "opt-out" class and present a revised settlement agreement and revised proposed class notice to the Court on or before October 28, 2010. On that date, Plaintiff filed their Unopposed Motion for Additional Time to File Proposed Settlement Pursuant to Court's Order of October 14, 2010 (Doc. 25), in which they inform the Court that "[t]he parties have conferred and have agreed to propose an 'opt-out' settlement," and request "an additional seven days to file the proposed settlement." (*Id.*)

For good cause shown, the undersigned **GRANTS** the Plaintiff's motion, and reminds the parties to submit a revised proposed class notice when they submit the revised proposed

class settlement.  Both are now to be filed **no later than November 4, 2010**.

    **DONE and ORDERED** this the 29th day of October, 2010.

                                                /s WILLIAM E. CASSADY
                                             **UNITED STATES MAGISTRATE JUDGE**