IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals | : | |
| Plaintiff, | : | |
| Vs. | : | CA 09-00563-CB-C |
| CARDWORKS SERVICING, LLC, | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Court hereby **ADOPTS** the recommendation of the Magistrate Judge (Doc. 28) that the parties' joint motion for preliminary approval of class settlement be granted.  Subsequent to the entry of the Magistrate Judge's Report and Recommendation, the parties jointly filed their consent to the exercise of jurisdiction by the Magistrate Judge (Doc. 29).  The Court has concurrently entered an order of reference enabling the Magistrate Judge to conduct all proceedings.  Accordingly, this matter will be referred to the Magistrate Judge for further action.

**DONE** and **ORDERED** this the 21st day of December, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**