## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals | : |
| Plaintiff, | : |
| vs. | :   CA 09-0563-C |
| CARDWORKS SERVICING, LLC, | : |
| Defendant. | : |

### **ORDER**

On December 21, 2010, Senior District Judge Butler issued an order adopting the undersigned's November 18, 2010 Report and Recommendation (doc. 28), recommending that the parties' Joint Motion for Preliminary Approval of Class Settlement (doc. 27), filed November 11, 2010, be granted. (Doc. 30.) Judge Butler concurrently entered an order of reference (doc. 31) enabling the undersigned to conduct all proceedings in this action.

"Judicial review of a proposed class action settlement is a two-step process: preliminary approval and a subsequent fairness hearing." *Smith v. Wm. Wrigley Jr. Co.*, No. 09-60646-CIV, 2010 WL 2401149, at *1 (S.D. Fla. June 15, 2010) (citations omitted). The Court has decided that this class action should be preliminarily approved and is prepared to issue an order doing so, which, necessarily, will set the date for the Fairness Hearing. Because the parties must perform certain obligations prior to that hearing (*see* doc. 28, pp. 16-19), the Court—rather than arbitrarily setting the hearing date—requests that the parties propose a date, keeping in mind the following deadlines:

- Defendant shall arrange to have the Class Notice sent to all Class members in substantially the proposed form (*see* doc. 27, Ex. 1 (pp. 17-22)) by first class mail, postage prepaid, **no later than 60 days before** the Fairness Hearing.

- Class members shall have until **30 days before the Fairness Hearing** to either (1) exclude themselves from the settlement ("opt-out"), (2) object to the fairness of the settlement, or (3) enter an appearance in this matter. Objections should be sent to the Court, Class Counsel, and Counsel for Defendant, and should include reasons for objecting to the proposed settlement.

- Class members who elect to receive a share of the settlement funds must submit a completed Claim Form (Ex. B to the proposed Class Settlement (doc. 27, p. 16)), which must be postmarked by **30 days before the Fairness Hearing**.

- **At least ten (10) days before the Fairness Hearing**, Class Counsel must file the following with the Court: (1) a sworn statement attesting to compliance with the their obligations as will be set forth in this Court's order preliminarily approving settlement and certification of the Class (*see* doc. 28, pp. 16-17); (2) a motion for award of attorney's fees, costs and expenses, including appropriate evidence to allow the Court to make its determination as to the propriety of the request(s); and (3) a public version of the officer certificate and attached financial statement submitted in camera on August 26, 2010 (*see* doc. 28, p. 14 n.3).

- The parties will have until **ten (10) days after the Fairness Hearing** to file a motion for final approval of the settlement.

Accordingly, the parties are **ORDERED** to propose a date for the Fairness Hearing and notify the Court of that date by **January 13, 2011**.

**DONE** and **ORDERED** this the 30th day of December, 2010.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**