IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUSSI DALTON, individually and : 
on behalf of all similarly situated
individuals :

    Plaintiff, :

vs. : CA 09-563-C

CARDWORKS SERVICING, LLC, :

    Defendant. :

## ORDER PRELIMINARILY APPROVING SETTLEMENT AND CERTIFICATION OF CLASS

For the reasons set forth in the Magistrate Judge's Report and Recommendation (Doc. 28), filed November 19, 2010,[1] it is **ORDERED and ADJUDGED** that:

1. The Court preliminarily **CERTIFIES** for settlement purposes an opt-out class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) consisting of: all persons in the United States who, from August 28, 2009 through August 28, 2009, were sent a from collection letter that contained the following statement, "Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid[,]" by, or on behalf of CardWorks Servicing, LLC ("CardWorks") (the "Class"). Excluded from the Class are those persons who: (1) currently are in bankruptcy; (2) individuals who already have settled a lawsuit, claim, or obtained a

---

[1] On December 21, 2010, the District Court issued an order adopting those recommendations (Doc. 30), and concurrently entered an order of reference (Doc. 31) enabling the undersigned to conduct all proceedings in this action.

judgment against CardWorks arising from any collection activity engaged in by CardWorks; (3) CardWorks, the officers, directors, and shareholders of CardWorks, or any affiliate of CardWorks, members of each of their immediate families and each of their legal representatives, heirs, successors, or assigns; (4) any government entitiy; (5) all judicial officers in the United States and their relatives within the third degree of kinship; and (6) any entity in which CardWorks has or had a controlling interest.

2. Susi Dalton is hereby **APPOINTED** as Class Representative.

3. Earl P. Underwood, Jr., Esq., Kenneth J. Reimer, Esq., and James D. Patterson, Esq. are hereby **APPOINTED** as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

4. The Court preliminary **APPROVES** the proposed Class Settlement (Doc. 27, Ex. 1 (pp. 5-22)), as the Court finds the proposed settlement fair, reasonable and adequate, subject to further consideration at the Fairness Hearing provided for below.

5. The Court **APPROVES** the appointment of Steve Tilghman as the Claims Administrator, and further **APPROVES** the form of Notice provided as **Exhibit A to this Order** (the "Class Notice"). CardWorks shall arrange to have the Class Notice sent to all Class members in substantially the proposed form by first class mail, postage prepaid no later than **March 18, 2011**. Class members shall then have until **April 18, 2011** to either (1) exclude themselves from the settlement ("opt-out"); (2) object to the fairness of the settlement; or (3) enter an appearance in this matter. Objections should be sent to the Court, Class Counsel, and counsel for CardWorks, and should include reasons for objecting to the

proposed settlement. "Opt-out" notifications should be sent to the Claims Administrator, as instructed in the Class Notice.

The addresses for filing objections with the Court and service on counsel are as follows:

To the Clerk of Court:

Charles R. Diard, Jr., Clerk of the Court
United States District Court, Southern District of Alabama,
113 St. Joseph Street
Mobile, AL 36602

To each of the following, designated Class Counsel and counsel for CardWorks:

Class Counsel—

Earl P. Underwood, Jr., Esq.
Underwood & Reimer, PC
21 South Section Street
Fairhope, AL 36533
(251) 990-5558

Counsel for CardWorks—

James B. Newman, Esq.
Helmsing, Leach, Herlong, Newman & Rouse
P.O. Box 2767
Mobile, AL 36652
(251) 432-5521

6.  To receive a share of the settlement funds, Class members must submit a completed Claim Form (Ex. B to the proposed Class Settlement (Doc. 27, p. 16)) postmarked by **April 18, 2011**. The Claim Form is enclosed with, and instructions regarding submission of same are included in, the Class Notice.

7. Class Counsel is **ORDERED** to file the following with the Court: (1) a sworn statement attesting to compliance with the their obligations in Paragraph 5; (2) a motion for award of attorney's fees, costs and expenses, including appropriate evidence to allow the Court to make its determination as to the propriety of the request(s); and (3) a public version of the officer certificate and attached financial statement submitted *in camera* on August 26, 2010 (*see* Doc. 28, p. 14 n.3) no later than **May 9, 2011**.

8. A Fairness Hearing will be held before this Court on **May 18, 2011** at **2:00 p.m.** in Courtroom 3A at the United States Courthouse, 113 St. Joseph Street, Mobile, Alabama, to consider the Settlement and any objections thereto, and to determine, among other things:

- Whether the Class should be finally certified pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

- Whether the Settlement should be approved as fair, adequate, reasonable, and consistent with the public interest;

- Whether Class Counsel adequately represented the Settlement Class for purposes of entering into and implementing the Settlement Agreement, and whether Class Counsel's petition for attorneys' fees and reimbursement of costs and expenses should be approved; and

- To consider such other matters as the Settlement Agreement contemplates or the Court may deem just and proper.

Any Class member may appear at the hearing. However, to preserve this ability to appear, the class member must, in a mailing post-marked by **April 18, 2011** (a) notify the Court, Class Counsel, and counsel for CardWorks of his or her intent to appear; (b) include

4

with this notice a statement indicating their objections to the settlement; and (c) any evidence the individual would like the Court to consider at the fairness hearing.  Any person who fails to object in one of the manners provided above will be deemed to have waived their ability to object to the proposed Class Settlement.

9. The Class Notice to be provided to class members as set forth in paragraph 5—and filed as **Exhibit A to this Order**—is found to be the best means of providing notice practicable under the circumstances and, when completed, shall constitute due and sufficient notice of the Class Certification, the proposed Settlement and the Fairness Hearing to all persons affected by and/or entitled to participate in the class action and settlement reached by the parties, in full compliance with the notice requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

10. Unless extended at the Fairness Hearing, the parties have until **May 28, 2011** to file a motion for final approval of the settlement.

**DONE and ORDERED** this the 21st day of January, 2011.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**