IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUSSI DALTON, individually and
on behalf of all similarly situated
individuals,                                          :

    Plaintiff,                                    :

vs.                                                         :          CA 09-0563-C

CARDWORKS SERVICIY, LLC,               :

    Defendant.                                  :

## JUDGMENT APPROVING CLASS ACTION SETTLEMENT

In accordance with the Final Approval Order and Order as to Requested Fees and Incentive Payment entered on this date, and for all the reasons stated therein, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

    1.    The Settlement Class, defined in the Settlement Agreement as follows:

> All persons in the United States who, from August 28, 2009 through August 28, 2009, were sent a from collection letter that contained the following statement, 'Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid[,]" by, or on behalf of CardWorks[,]

but excluding:

> Those persons who: (1) currently are in bankruptcy; (2) individuals who already have settled a lawsuit, claim, or obtained a judgment against CardWorks arising from any collection activity engaged in by CardWorks; (3) CardWorks, the officers, directors, and shareholders of CardWorks, or any affiliate of CardWorks, members of each of their immediate families and each of their legal representatives, heirs, successors, or assigns; (4) any government entitiy; (5) all judicial officers in the United States and their relatives within the third degree of kinship; and (6) any entity in which CardWorks has or had a controlling interest.

is **FINALLY CERTIFIED** pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3);

2. The Settlement Agreement (Doc. 27 at 5-22 (Ex. 1)) is **FINALLY APPROVED**;

3. The Complaint (Doc. 1) against CardWorks is **DISMISSED WITH PREJUDICE** on the merits and without taxation of costs in favor of or against any party;

4. As of the Effective Date (as defined in the Settlement Agreement), Class Representative and each member of the Settlement Class shall have released CardWorks, and CardWorks shall be deemed to have released the Class Representative and the Settlement Class in accordance with the terms of the Settlement Agreement;

5. The Court hereby decrees that neither the Settlement Agreement nor the Final Approval Order and Order as to Requested Fees and this corresponding Judgment (the "Court's Order and Judgment") is an admission or concession by CardWorks of any liability or wrongdoing. The Court's Order and Judgment is not a finding of the validity or invalidity of any of the claims assessed or defenses raised in this action

6. Except as otherwise provided herein or in the Settlement Agreement, each party shall bear its own fees, expenses, and costs;

7. Class Counsel's motion for award of attorneys' fees (Doc. 36) is **GRANTED IN PART AND DENIED IN PART**, and Class Counsel shall be paid 30%

of the established common fund, or $30,000;

8.  Class Representative is **AWARDED** her requested $3,000 incentive fee; and

9.  Without affecting the finality of the Court's Order and Judgment, the Court retains jurisdiction for purposes of implementing the Settlement Agreement and reserves the power to enter additional orders to effectuate the fair and orderly administration and consummation of the Settlement Agreement, as may from time to time be appropriate, and resolution of any and all disputes arising hereunder.

**DONE** this the 17th day of June, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**