**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CA 9-563-C |
| CARDWORKS SERVICING, LLC, | : | |
| Defendant. | : | |

**ORDER**

On June 17, 2011, following a fairness hearing, the Court entered an order finally certifying the settlement class, finally approving the parties' settlement agreement, dismissing the complaint against the defendant with prejudice, and awarding class counsel their fees, in part, and class representative an incentive fee.   (Doc. 40.)   On the same day, the Court also entered a separate judgment consistent with that order (Doc. 41), which, in pertinent part, provided:

> Without affecting the finality of the Court's Order and Judgment, the Court retains jurisdiction for purposes of implementing the Settlement Agreement and reserves the power to enter additional orders to effectuate the fair and orderly administration and consummation of the Settlement Agreement, as may from time to time be appropriate, and resolution of any and all disputes arising hereunder.

(*Id.*, ¶ 9.)

More than a year has passed, and while this matter has remained on the Court's active docket, the parties have not advised the Court of any difficulties with regard to implementing the Settlement Agreement or administering the Settlement Class.   As such, the undersigned **ORDERS** the parties to file a joint written response no later than

**July 20, 2012** to advise the Court regarding (1) the status of implementation of the Settlement Agreement and, related to that, (2) the need for the Court to keep this matter open (a) for further implementation, if any, of the Settlement Agreement or (b) to address any issues regarding administration of the Settlement Class.

The Court anticipates that the Settlement Agreement has been fully implemented and that this matter can be closed.

**DONE** this the 6th day of July, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**