IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| SUSSIE J. DALTON, | * |
| Plaintiff, | * |
| vs. | *   Case No.:  1:09-cv-00563-CB-C |
| CARDWORKS SERVICING, | * |
| Defendant. | * |

## RESPONSE TO COURT ORDER OF JULY 6, 2012

The parties, by and through the undersigned attorneys respond to the Court's order of July 6, 2012 as follows:

1. The settlement has been implemented and completed.

2. There is no need for the Court to keep this matter open for further implementation of the Settlement Agreement or to address any issues regarding administration of the Settlement Class.

3. The parties are unaware of any reason why this matter should not be closed.

    s/ Earl P. Underwood, Jr. [1]
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiff Sussie J. Dalton

---

[1] Attorney Earl P. Underwood, Jr. has given permission for his signature to be affixed to this pleading.

2

OF COUNSEL:
UNDERWOOD & RIEMER
21 South Section Street
Fairhope, Alabama   36533
(251) 990-5558
Email:  epunderwood@alalaw.com

    s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant CardWorks
Servicing, LLC

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Email:  jbn@helmsinglaw.com

333118

Doc. 218139
2