IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSSI DALTON, individually and on behalf of all similarly situated individuals, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CA 9-563-C |
| CARDWORKS SERVICING, LLC, | : | |
| Defendant. | : | |

## ORDER

The parties have responded to the Court's July 6, 2012 Order (Doc. 42) and have advised the Court that the settlement in this matter has been implemented and completed and, thus, there is no need for the Court to keep this matter open for further implementation or to referee issues regarding administration of the Settlement Class. (*See* Doc. 43.)

The Clerk of the Court is therefore **DIRECTED** to **CLOSE** this matter for all purposes.

**DONE and ORDERED** this the 20th day of July, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**